(78 South. 860)

### GIBBS v. SOUTHERN EXPRESS CO.
(8 Div. 115.)

(Supreme Court of Alabama. April 4, 1918.)

1. APPEAL AND ERROR ☞635(1) — RECORD — DECISIONS REVIEWABLE—FINALITY OF DETERMINATION.

Where the record shows no final judgment which would support an appeal under Code 1907, § 2837, providing for appeals from final judgments or decrees of the chancery, circuit, or other courts, the appellate court is without jurisdiction to consider the errors assigned.

2. APPEAL AND ERROR ☞78(3) — DECISIONS REVIEWABLE—APPEAL FROM RULING OF DEMURRER.

The law does not authorize an appeal from a judgment sustaining a demurrer before final judgment.

Appeal from Circuit Court, Colbert County; C. P. Almon, Judge.

Action by Alex Gibbs against the Southern Express Company. Defendant's demurrer to the complaint sustained, and plaintiff appeals. Transferred from the Court of Appeals under section 6, Acts 1911, p. 449. Appeal dismissed.

Jackson & Deloney, of Tuscumbia, for appellant. Andrews & Peach, of Sheffield, for appellee.

ANDERSON, C. J. [1, 2] This is an action at law in the circuit court, and we find no final judgment in the record which would support an appeal under section 2837 of the Code of 1907, or any other statute. The only judgment that we find is one sustaining the defendant's demurrer to the complaint, and if there is a local law authorizing an appeal from such a ruling before the rendition of a final judgment in the case, the same has not been brought to our attention, nor have we been able to find such a provision. This court therefore is without jurisdiction to consider the rulings assigned as error in the absence of such a judgment as will support an appeal. The appeal is therefore dismissed.

Appeal dismissed.

McCLELLAN, SAYRE, and GARDNER, JJ., concur.